UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WEIMORTZ,<br><br>                               Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, et al.,<br><br>                               Defendants. | Case No.:  20cv1196-BEN-LL<br><br>**ORDER CONVERTING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE TO VIDEO CONFERENCE** |

On June 29, 2020, the Court scheduled the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") in this matter for August 5, 2020 at 10:00 a.m. ECF No. 4. Due to public health concerns and pursuant to Chief Judge Burns' Order ["CJO #33"][1], the Court **CONVERTS** the ENE and CMC into a Zoom video conference for all attendees. To facilitate this conference, the Court hereby **ORDERS** as follows:

    1.    The Court will use its official Zoom video conferencing account to hold the settlement conference. The Zoom software is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the

---

[1] CJO #33 is available on the Court website at: https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2033.pdf.

installation of a free app (Zoom Cloud Meetings).[2] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the settlement conference.[3] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the settlement conference, the Court will email each participant an invitation to join a Zoom video conference. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the settlement conference begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the settlement conference to ensure that the settlement conference begins promptly at **10:00 a.m. The Zoom email invitation may indicate an earlier start time, but the conference will begin at the Court-scheduled time.**

4. The Court will begin the settlement conference with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[4] In a Breakout Room, the Court will be able to communicate privately with

---

[2] Participants should use a device with a camera to fully participate in the video conference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices may offer inferior performance.

[3] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

[4] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646.

participants from a single party. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

    5.    No later than **July 27, 2020**, counsel for each party shall send an e-mail to the Court at efile_Lopez@casd.uscourts.gov containing the following:

    a.    The **name and title of each ENE participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured parties, and the principal attorney(s) responsible for the litigation;

    b.    An **email address for each ENE participant** to receive the Zoom video conference invitation;

    c.    A **single telephone number** and any other necessary call-in information for the Court (i.e., conference line passcodes) where all participants of a party may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.

    6.    All participants shall display the same level of professionalism during the settlement conference and be prepared to devote their full attention to the settlement conference as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference. Participants should also participate in the conference in a location that allows for privacy and does not contain background noise that will disrupt the conference.

All other deadlines and requirements remain as set. See ECF No. 4.

**IT IS SO ORDERED.**

Dated: July 16, 2020

Honorable Linda Lopez
United States Magistrate Judge