# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WEIMORTZ, an individual, | Case No. 3:20-cv-1196-BEN-LL |
| Plaintiff, | **ORDER REGARDING JOINT STIPULATION OF DISMISSAL** |
| v. | |
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, | |
| Defendant. | **[ECF No. 14]** |

Pursuant to Plaintiff BOBBY WEIMORTZ ("Plaintiff") and Defendant BMW OF NORTH AMERICA, LLC's ("Defendant") (collectively, the "Parties") Joint Stipulation of Dismissal, and for good cause shown, the Court hereby ORDERS as follows: Pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 17, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge

-1-   Case No. 3:20-cv-1196-BEN-LL